UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

CHARLIE E. BROOKS,

    Plaintiff,

vs.

P.T. SMITH, Associate Warden; and
R. K. BELL, Facility Captain,

    Defendants.
    _____/

No. C 09-0775 PJH (PR)

**ORDER OF DISMISSAL**

    This is a civil rights case filed pro se by a state prisoner. The court granted defendants' motion to dismiss for failure to state a claim and dismissed the complaint with leave to amend. The time to amend has expired and plaintiff has not amended. This case therefore is **DISMISSED** with prejudice. The clerk shall close the file.

    **IT IS SO ORDERED.**

Dated: March 7, 2011.

                            PHYLLIS J. HAMILTON
                            United States District Judge

P:\PRO-SE\PJH\CR.09\BROOKS0775.DSM.wpd